**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GEORGE GILMORE,       :   No. 315 WAL 2017
         :
            Petitioner     :
         :
         :   Petition for Allowance of Appeal from
         :   the Order of the Commonwealth Court
     v.          :
         :
         :
KENNETH CAMERON, DORETTA   :
CHENCHARIK AND SERGEANT     :
MORRISON,          :
         :
            Respondent    :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.